AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose | ) ) ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-3989 |
| Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran | ) ) ) ) ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jared DeMarinis
151 West St., Suite 200,
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/8/2025  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-3989

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                              _____
                                                *Printed name and title*

                              _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose <br><br> *Plaintiff(s)* <br><br> v. <br><br> Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran <br><br> *Defendant(s)* | Civil Action No.  1:25-cv-3989 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alexander Vincent
18753 N. Frederick Ave., Ste. 210,
Gaithersburg, MD 20879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    12/8/2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose <br><br> *Plaintiff(s)* <br><br> v. <br><br> Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-3989<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Amoretta Hoeber
18753 N. Frederick Ave., Ste. 210,
Gaithersburg, MD 20879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    12/8/2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose<br><br>*Plaintiff(s)*<br>v.<br>Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:25-cv-3989 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ann Balcerzak
9770 Patuxent Woods Dr #200,
Columbia, MD 21046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/8/2025 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

<table>
<tr><td>
Republican National Committee, Maryland<br>
Republican Party, Reardon Sullivan, Nicolee<br>
Ambrose<br>
<hr>
<i>Plaintiff(s)</i><br>
v.<br>
Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-<br>
Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy<br>
Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel<br>
Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie<br>
Delao, Lawrence Halloran<br>
<hr>
<i>Defendant(s)</i>
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Civil Action No.  1:25-cv-3989
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Koroma
18753 N. Frederick Ave., Ste. 210,
Gaithersburg, MD 20879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____12/8/2025_____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-3989

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                         _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*


                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:



Print        Save As...                                    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Maryland

| | |
|---|---|
| Republic National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose<br><br>――――――――――――――<br>*Plaintiff(s)*<br>v.<br>Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran<br>――――――――――――――<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-3989<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Naimon
18753 N. Frederick Ave., Ste. 210,
Gaithersburg, MD 20879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____12/8/2025_____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-3989

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                *Server's signature*

                                           _____
                                                *Printed name and title*

                                           _____
                                                *Server's address*

Additional information regarding attempted service, etc:




Print        Save As...                                      Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose _____ *Plaintiff(s)* v. Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran _____ *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No.  1:25-cv-3989 ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Diane Butler
151 West St., Suite 200,
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____12/8/2025_____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:25-cv-3989 |
| Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran | ) ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Donna Thewes
9770 Patuxent Woods Dr #200,
Columbia, MD 21046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  12/8/2025

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-3989

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:25-cv-3989 |
| Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jim Shalleck
151 West St., Suite 200,
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____12/8/2025_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  1:25-cv-3989 |
| Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Keyna Anyiam
18753 N. Frederick Ave., Ste. 210,
Gaithersburg, MD 20879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    12/8/2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-3989

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


Print        Save As...        Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:25-cv-3989 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lawrence Halloran
          18753 N. Frederick Ave., Ste. 210,
          Gaithersburg, MD 20879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
                         1600 Wilson Blvd, Ste. 700
                         Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____12/8/2025_____

                                         _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:25-cv-3989 |
| Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran | ) ) ) ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Margie Delao
18753 N. Frederick Ave., Ste. 210,
Gaithersburg, MD 20879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____12/8/2025_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-3989

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*

                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

|  |  |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose<br><br>_____<br>_Plaintiff(s)_<br><br>v.<br><br>Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran<br>_____<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-3989<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Michael Summers
151 West St., Suite 200,
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____12/8/2025_____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose <br><br> *Plaintiff(s)* <br><br> v. <br><br> Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-3989 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Paul Rivers
9770 Patuxent Woods Dr #200,
Columbia, MD 21046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____12/8/2025_____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-3989

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.


Date: _____                   _____
                                                      *Server's signature*

                                          _____
                                                      *Printed name and title*


                                          _____
                                                      *Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  1:25-cv-3989 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Raymond Rankin
9770 Patuxent Woods Dr #200,
Columbia, MD 21046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    12/8/2025
_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-3989

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran | ) ) ) ) ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:25-cv-3989

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Timothy Mummert
9770 Patuxent Woods Dr #200,
Columbia, MD 21046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____12/8/2025_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-3989

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                _____
                                                          *Server's signature*

                                                    _____
                                                          *Printed name and title*


                                                    _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Republican National Committee, Maryland Republican Party, Reardon Sullivan, Nicolee Ambrose<br><br>———————————————<br>*Plaintiff(s)*<br><br>v.<br><br>Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, Diane Butler, Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, Lawrence Halloran<br>———————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  1:25-cv-3989<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Victoria Jackson-Stanley
151 West St., Suite 200,
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cameron T. Norris
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____12/8/2025_____                    _____
                                                                           *Signature of Clerk or Deputy Clerk*