## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JARED DEMARINIS, in his official capacity as State Administrator of Elections, *et al.*, <br><br> Defendants. | Civil Action No. SAG-25-3989 |

### DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO DISMISS

The Democratic National Committee ("DNC"), by and through counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint for failure to state a claim. In support of this Motion, the DNC relies on the bases and authorities in the accompanying memorandum of law. Pursuant to Local Rule 105.6, the DNC respectfully requests a hearing on this Motion.[1]

---

[1] The DNC requests that the Court accept this Proposed Motion to Dismiss in the event that the Court grants its Motion to Intervene, ECF No. 17. *See Donald Trump for President, Inc. v. Benson*, No. 1:20-cv-1083, 2020 WL 8573863, at *3 (W.D. Mich. Nov. 17, 2020) (granting DNC motion to intervene and simultaneously accepting proposed motion to dismiss); *Am. Tradition Inst. v. Colorado*, No. 11-cv-859, 2012 WL 555513, at *3 (D. Colo. Feb. 21, 2012) (similar).

| | |
|---|---|
| Dated: January 30, 2026 | Respectfully submitted, |

| | |
|---|---|
| /s/ Monica R. Basche | /s/ Daniel J. Freeman |
| Andrew D. Levy (Fed. Bar No. 00861) | Daniel J. Freeman (*pro hace vice*) |
| Monica R. Basche (Fed. Bar No. 20476) | Democratic National Committee |
| Brown Goldstein & Levy, LLP | 430 South Capitol Street SE |
| 120 East Baltimore Street, Suite 2500 | Washington, DC 20003 |
| Baltimore, MD 21202 | Phone: 202-863-8000 |
| Phone: 410-962-1030 | Fax: 202-863-8063 |
| Fax: 410-385-0869 | freemand@dnc.org |
| adl@browngold.com | |
| mbasche@browngold.com | |

*Counsel for Proposed Defendant-Intervenor Democratic National Committee*