IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | *   No. 1:25-cv-03989-SAG |
| | * |
| JARED DEMARINIS, *et al.*, | * |
| *Defendants*. | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS BY MARYLAND STATE BOARD OF ELECTIONS**

Defendants, Members of the Maryland State Board of Elections and the Maryland State Administrator of Elections, through counsel, moves to dismiss the complaint (ECF 1) under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

The grounds for the motion are fully stated in the accompanying memorandum and incorporated by reference herein. Pursuant to Local Rule 105-6, Defendants request a hearing on the motion.

WHEREFORE, for the reasons stated, the Defendants hereby requests that the Court enter an order dismissing plaintiffs' complaint (ECF 1) and any further relief as may be appropriate.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland


/s/ Daniel M. Kobrin

_____
DANIEL M. KOBRIN
Federal Bar No. 30392
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
dkobrin@oag.state.md.us
(410) 576-6472
(410) 576-6955 (facsimile)

January 30, 2026                              Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I certify that, on this 30th day of January, 2026 the foregoing was served by CM/ECF on all registered CMF users.

/s/ Daniel M. Kobrin
_____
Daniel M. Kobrin