IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: SAG-25-3989 |
| JARED DEMARINIS, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT DAVID NAIMON, DANIEL KOROMA, AMORETTA HOEBER, KEYNA ANYIAM, ALEXANDER VINCENT, MARGIE DELAO, AND LAWRENCE HALLORAN'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants DAVID NAIMON, DANIEL KOROMA, AMORETTA HOEBER, KEYNA ANYIAM, ALEXANDER VINCENT, MARGIE DELAO, and LAWRENCE HALLORAN by KARPINSKI, CORNBROOKS & KARP, P.A., KEVIN KARPINSKI and JOHN KARPINSKI, their attorneys, pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 105, hereby move this Court to dismiss with prejudice the Complaint against them, for the reasons set forth in the memorandum attached hereto, incorporated herein, and filed contemporaneously herewith.

                                                                         KARPINSKI, CORNBROOKS & KARP, P.A.

BY:       /s/ Kevin Karpinski
           KEVIN KARPINSKI, #11849
           AIS #9312150114

               /s/ John Karpinski
           JOHN C. KARPINSKI, #30706
           AIS #2112140073
           120 East Baltimore Street
           Suite 1850
           Baltimore, Maryland 21202-1617
           410-727-5000
           Kevin@bkcklaw.com

Jkarpinski@bkcklaw.com
*Counsel for Defendants Naimon, Koroma, Hoeber, Anyiam, Vincent, Delao, and Halloran*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January 2026, the foregoing was electronically filed with notice to:

Cameron T. Norris
Connor D. Woodfin
Gilbert C. Dickey
Thomas R. McCarthy
1600 Wilson Blvd
Ste 700
Arlington, VA 22209
cam@consovoymccarthy.com
conor@consovoymccarthy.com
gilbert@consovoymccarthy.com
tom@consovoymccarthy.com
*Counsel for Plaintiffs*

Daniel Kobrin
200 Saint Paul Place
20th Floor
Baltimore, MD 21202
dkobrin@oag.state.md.us
*Counsel for the State Administrator of Elections and the Members of the State Board of Elections*

Lorraine Lawrence-Whittaker
6011 University Blvd., Suite 340
Ellicott City, Maryland 21043
llw@lwtrialteam.com
*Counsel for the Members of the Howard County Board of Elections*

＿＿＿/s/ John Karpniski＿＿＿
Counsel for *Defendants Naimon, Koroma, Hoeber, Anyiam, Vincent, Delao, and Halloran*
