IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: 1:25-cv-03989-SAG |
| JARED DEMARINIS, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS ANN BALCERZAK, DONNA THEWES, TIMOTHY MUMMERT, RAYMOND RANKIN, AND PAUL RIVERS' MOTION TO DISMISS <u>PLAINTIFFS' COMPLAINT</u>**

Defendants Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, and Paul Rivers, (hereinafter referred to collectively as "Defendant Howard County Board of Elections Members"), by and through their attorneys Lorraine Lawrence-Whittaker, Attorney-at-Law, Edward J. Brown, Esquire and LAWRENCE WHITTAKER, PC, respectfully move this Honorable Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice the Plaintiffs' Complaint against them, on the grounds that the Plaintiffs fail to state a claim upon which relief can be granted, and state:

1. Plaintiffs have not plausibly pleaded a claim against the Howard County Board of Elections Members.

2. The "Notice Letter" attached as Exhibit B to Plaintiff's Complaint admits that it is the State who has the power to address Plaintiffs' alleged concerns, was directed to the State Defendants, only copied to Howard County Board of Elections Members, and conditions the subject lawsuit upon State Defendants' actions vel non. *See Judicial Watch*

*v. Lamone*, No. 17-2006, 2018 U.S. Dist. LEXIS 93100, 2018 WL 2564720 (D. Md. June 4, 2018).

3. Maryland made reasonable effort to remove the names of ineligible voters.

4. Defendants incorporate by reference their accompanying Memorandum in support of this Motion to Dismiss.

For the foregoing reasons, Defendants respectfully move that this Honorable Court dismiss the Plaintiffs' Complaint against them with prejudice.

Respectfully submitted,

*/s/ Lorraine Lawrence-Whittaker*
LORRAINE LAWRENCE-WHITTAKER,
Attorney at Law
Federal Bar No.: 26913

*/s/ Edward J. Brown*
EDWARD J. BROWN, Esquire
Federal Bar No: 04739
**LAWRENCE WHITTAKER, PC**
6011 University Boulevard
Suite 340
Ellicott City, MD 21043
410/997-4100 – voice
410/997-4272 - fax
llw@lwtrialteam.com; ejb@lwtrialteam.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of January, 2026, a copy of the foregoing Motion to Dismiss, Memorandum in Support and a Proposed Order were served via PACER upon all counsel of record.

*/s/ Lorraine Lawrence-Whittaker*
LORRAINE LAWRENCE-WHITTAKER,
Attorney at Law
