IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

REPUBLICAN NATIONAL COMMITTEE, *et al.*,

Plaintiffs,

v.

JARED DEMARINIS, in his official capacity as State Administrator of Elections, *et al.*,

Defendants.

Civil Action No. SAG-25-3989

### ORDER

Upon consideration of the Democratic National Committee's ("DNC") Motion to Intervene and any opposition thereto, it is this  2nd  day of  February , 2026, hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Clerk of the Court is directed to designate the DNC as a Defendant-Intervenor; and it is further

**ORDERED** that the DNC may file a Rule 12(b) motion by the January 30. *See* Order (Dec. 29, 2025), ECF No. 16.

/s/
Hon. Stephanie A. Gallagher
United States District Judge