## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JARED DEMARINIS, in his official capacity as State Administrator of Elections, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-3989 |

## JOINT MOTION FOR BRIEFING SCHEDULE ON MOTIONS TO DISMISS

The parties respectfully move for an extension their briefing deadlines regarding Defendants' motions to dismiss filed on January 30, 2026. The parties propose that Plaintiffs file a consolidated response to the four motions to dismiss by Friday, March 13, and Defendants file reply briefs by April 17. In support of their motion, the parties state as follows:

1. Plaintiffs filed their Complaint on December 5, 2025. *See* Doc. 1. On December 29, the Court granted Defendants' joint unopposed motion for an extension of time to respond to the Complaint by January 30, 2026. *See* ECF Order 16.

2. On January 30, 2026, Defendants moved to dismiss Plaintiffs' complaint. The parties moving to dismiss include the State Defendants (Doc. 25), the Montgomery County Defendants (Doc. 26), the Howard County Defendants (Doc. 27), and the Democratic National Committee as Intervenor-Defendant (Doc. 24).

3. Plaintiffs' current deadline to respond to the motions to dismiss is February 13.

4. Under Local Rule 105.3, Plaintiffs have a cumulative 120 pages to respond to the four motions. Due to the overlapping arguments in the four motions, Plaintiffs believe that a consolidated response of no more than 50 pages would be the most efficient way to present their arguments

to the Court. At this time, Plaintiffs are still evaluating whether to oppose the motions or file an amended complaint under Rule 15(a)(1)(B).

5. In further support of this motion, Plaintiffs' counsel have several Supreme Court, circuit court, and emergency litigation deadlines over the month of February. Defendants' and Defendant-Intervenor's counsel likewise have several litigation deadlines in multiple jurisdictions through the month of March.

6. The parties will be prejudiced without the requested extension. The separate motions, numerous arguments, and press of other business are good cause for the briefing modification.

7. The parties file this motion in good faith and not for the purpose of delay. The requested extension will not unduly prolong the Court's proceedings, and no party will be materially prejudiced by this extension.

8. Accordingly, the parties propose the following briefing schedule:

   • March 13: Plaintiffs file a consolidated 50-page opposition to the motions to dismiss.

   • April 17: Defendants and Defendant-Intervenor file reply briefs in support of their motions to dismiss.

9. Defendants and Defendant-Intervenor reserve the right to seek an expanded number of pages for reply briefs, following reviewing Plaintiffs' brief in opposition.

Dated: February 9, 2026

/s/ Daniel M. Kobrin

Daniel M. Kobrin
Federal Bar No. 30392
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
dkobrin@oag.state.md.us
(410) 576-6472
(410) 576-6955 (facsimile)

Attorney for the Maryland
State Board of Elections

/s/ Kevin Karpinski
KEVIN KARPINSKI, #11849
AIS #9312150114
/s/ John Karpinski
JOHN KARPINSKI, #30706
AIS #2112140073
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202-1617
410-727-5000
Kevin@bkcklaw.com
Jkarpinski@bkcklaw.com
*Counsel for Defendants Naimon, Koroma,
Hoeber, Anyiam, Vincent, Delao, and Halloran*

/s/ Lorraine Lawrence-Whittaker
Lorraine Lawrence-Whittaker, Attorney at Law
Federal Bar No.: 26913
/s/ Edward J. Brown
Edeward J. Brown, Esquire
Federal Bar No: 04739
**LAWRENCE WHITTAKER, PC**
6011 University Boulevard, Suite 340
Ellicott City, MD 21043
410/997-4100 – voice
410/997-4272 - fax
llw@lwtrialteam.com; ejb@lwtrialteam.com
*Attorneys for Defendant Howard County Board of Elections*

Respectfully submitted,

/s/ Cameron T. Norris

Cameron T. Norris (DMD No. 21328)
Thomas R. McCarthy* (VA Bar No. 47145)
Gilbert C. Dickey* (VA Bar No. 98858)
Conor D. Woodfin* (VA Bar No. 98937)
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for Plaintiffs*

*admitted pro hac vice

Andrew D. Levy (Fed. Bar No. 00861)
Monica R. Basche (Fed. Bar No. 20476)
Brown Goldstein & Levy, LLP
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
Phone: 410-962-1030
Fax: 410-385-0869
adl@browngold.com
mbasche@browngold.com

/s/ Daniel J. Freeman
Daniel J. Freeman
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
Phone: 202-863-8000
Fax: 202-863-8063
freemand@dnc.org


*Counsel for Defendant-Intervenor
Democratic National Committee*

## CERTIFICATE OF SERVICE

I certify that on February 9, 2026, this filing was served by CM/ECF on all registered users.

*/s/ Cameron T. Norris*
Cameron T. Norris