UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

REPUBLICAN NATIONAL COMMITTEE, *et al.*,

*Plaintiffs*,

v.

JARED DEMARINIS, in his official capacity as State Administrator of Elections, *et al.*,

*Defendants.*

No. 1:25-cv-3989

## ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE ON MOTIONS TO DISMISS

Upon consideration of the parties' joint motion for briefing schedule on the Defendants' motions to dismiss, the Court finds good cause to grant the relief requested. The Court **GRANTS** the motion and **ORDERS** that Plaintiffs may file a consolidated response to the motions to dismiss no longer than 50 pages, due by March 13, 2026; and Defendants and Intervenor-Defendant may file reply briefs in support of their respective motions to dismiss by April 17, 2026.

Dated: February 11, 2026.

/s/

STEPHANIE A. GALLAGHER, U.S. District Judge