# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND
(Northern Division)

REPUBLICAN NATIONAL COMMITTEE, *et al.*,

    *Plaintiffs*,

v.

JARED DEMARINIS, in his official capacity as
State Administrator of Elections, *et al.*,

    *Defendants*,

DEMOCRATIC NATIONAL COMMITTEE,

    *Intervenor-Defendant*.

No. 1:25-cv-3989

## JOINT STIPULATION REGARDING AMENDED COMPLAINT

Plaintiffs, State Defendants,[1] County Defendants,[2] and Intervenor-Defendant Democratic National Committee file the following stipulation:

1. Plaintiffs, State Defendants, and Intervenor-Defendant agree that County Defendants are not necessary parties to this litigation. Though local boards of elections process voter registration information, the State Administrator of Elections is charged by law with implementing, administering, and maintaining Maryland's statewide voter registration list.

2. Under Federal Rule of Civil Procedure 15(a)(2), Plaintiffs will amend their complaint to, among other things, dismiss County Defendants. Because the amended complaint will moot the pending motions to dismiss, the State Defendants and Defendant-Intervenor ordinarily would have until March 27, 2026, to file responsive pleadings to the amended complaint. *See* Fed. R. Civ. P.

---

[1] The State Defendants are Jared DeMarinis, Michael Summers, Jim Shalleck, Victoria Jackson-Stanley, and Diane Butler.

[2] The County Defendants are Ann Balcerzak, Donna Thewes, Timothy Mummert, Raymond Rankin, Paul Rivers, David Naimon, Daniel Koroma, Amoretta Hoeber, Keyna Anyiam, Alexander Vincent, Margie Delao, and Lawrence Halloran.

15(a)(3). To account for revised arguments, upcoming holidays, and out-of-country travel, the parties intend to file a joint proposed briefing schedule that adheres to the parties' previous briefing requests, and sets motions to dismiss due by April 24.

3.     County Defendants agree to comply with reasonable discovery requests directed to them as non-parties and that otherwise comply with the Federal Rules.

Dated: March 13, 2026                                 Respectfully submitted,

*/s/ Daniel M. Kobrin*                                    */s/ Cameron T. Norris*

Daniel M. Kobrin                                          Cameron T. Norris (DMD No. 21328)
Federal Bar No. 30392                                     Thomas R. McCarthy* (VA Bar No. 47145)
Assistant Attorney General                                Gilbert C. Dickey* (VA Bar No. 98858)
Office of the Attorney General                            Conor D. Woodfin* (VA Bar No. 98937)
200 Saint Paul Place, 20th Floor                          CONSOVOY MCCARTHY PLLC
Baltimore, Maryland  21202                                1600 Wilson Boulevard, Suite 700
dkobrin@oag.state.md.us                                   Arlington, VA 22209
(410) 576-6472                                            (703) 243-9423
(410) 576-6955 (facsimile)                                cam@consovoymccarthy.com
*Attorney for the Maryland State*                         tom@consovoymccarthy.com
*Board of Elections*                                      gilbert@consovoymccarthy.com
                                                          conor@consovoymccarthy.com

*/s/ Lorraine Lawrence-Whittaker*
Lorraine Lawrence-Whittaker, Attorney at Law              *Counsel for Plaintiffs*
Federal Bar No.: 26913
*/s/ Edward J. Brown*                                     *admitted pro hac vice*
Edward J. Brown, Esquire
Federal Bar No: 04739
**LAWRENCE WHITTAKER, PC**                                 /s/ Kevin Karpinski
6011 University Boulevard, Suite 340                      KEVIN KARPINSKI, #11849
Ellicott City, MD 21043                                   AIS #9312150114
410/997-4100 – voice                                       /s/ John Karpinski
410/997-4272 - fax                                        JOHN KARPINSKI, #30706
llw@lwtrialteam.com; ejb@lwtrialteam.com                  AIS #2112140073
*Attorneys for Defendant Howard County*                   120 East Baltimore Street
*Board of Elections*                                      Suite 1850
                                                          Baltimore, Maryland 21202-1617
                                                          410-727-5000
                                                          Kevin@bkcklaw.com
                                                          Jkarpinski@bkcklaw.com
                                                          *Counsel for Defendants Naimon, Koroma,*
                                                          *Hoeber, Anyiam, Vincent, Delao, and Halloran*

2

Andrew D. Levy (Fed. Bar No. 00861)
Monica R. Basche (Fed. Bar No. 20476)
Brown Goldstein & Levy, LLP
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
Phone: 410-962-1030
Fax: 410-385-0869
adl@browngold.com
mbasche@browngold.com

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
Phone: 202-863-8000
Fax: 202-863-8063
freemand@dnc.org


*Counsel for Defendant-Intervenor
Democratic National Committee*

**CERTIFICATE OF SERVICE**

I certify that on March 13, 2026, this filing was served by CM/ECF on all registered users.

*/s/ Cameron T. Norris*
Cameron T. Norris