**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JARED DEMARINIS, in his official capacity as State Administrator of Elections, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-3989 |

**ORDER GRANTING JOINT MOTION FOR
BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

Upon consideration of the parties' joint motion for briefing schedule on the Defendants' motions to dismiss, the Court finds good cause to grant the relief requested. The Court **GRANTS** the motion and **ORDERS** that Defendants may file motions to dismiss the amended complaint by April 24, Plaintiffs may file a consolidated response of no more than 50 pages by May 8, and Defendants may file reply briefs by May 29.

Dated: March __16th__, 2026.

_____/s/_____
STEPHANIE A. GALLAGHER, U.S. District Judge